IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESUS LUCERO-CANTU, | | |
| Petitioner, | **8:25CV625** | |
| v. | | |
| GREG LONDON, Sarpy County Sheriff; JO MARTIN, Sarpy County Jail Director; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States; DAREN MARGOLIN, Director, Executive Office for Immigration Review; TODD LYONS, Acting Director, Immigration and Customs Enforcement; DAVID EASTERWOOD, Director, St. Paul ICE Field Office;   DEPARTMENT OF HOMELAND SECURITY,  EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, IMMIGRATION AND CUSTOMS ENFORCEMENT; and  OMAHA IMMIGRATION COURT, | **JUDGMENT** | |
| Respondents. | | |

In accordance with the Memorandum and Order entered today (Filing No. 21), judgment is entered against the petitioner and in favor of the respondents.  This case is dismissed.  *See* Fed. R. Civ. P. 58.

Dated this 14th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge